**No. 53110.**—Bing Kee & Co. et al. *v.* United States, protests 73404–K, etc. (San Francisco).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.